United States District Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD MCKINNEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02688 |
| | § | |
| HARRIS COUNTY JAIL, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

At the time Richard McKinney filed this civil action, he was confined in the Harris County Jail. The Court sent the plaintiff an Order granting leave to proceed *in forma pauperis*, but the Order was returned to sender in June with a notation that the plaintiff had been released from custody and that the item was unable to be forwarded. Doc. No. 6. To date, the plaintiff has not updated his address to provide the Court with a current, valid address as required by Rule 83.4 of the Local Rules for the Southern District of Texas, Houston Division. Under that rule, a *pro se* litigant is responsible for keeping the Clerk advised in writing of his current address. The Court will only send notices to the address on file. The plaintiff has clearly failed to provide the Court with an accurate, current address.

Plaintiff's failure to pursue this action leads the Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a district court to manage its own affairs, this Court determines that dismissal for want of prosecution is

appropriate. *See* FED. R. CIV. P. 41(b); *Slack v. McDaniel*, 529 U.S. 473, 489 (2000) (stating that "[t]he failure to comply with an order of the court is grounds for dismissal with prejudice"); *Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

The plaintiff is advised, however, that relief from this Order may be granted upon a proper showing by filing a motion under Rule 60(b) of the Federal Rules of Civil Procedure within 30 days of this Order. At a minimum, a proper showing under Rule 60(b) includes full compliance with the Court's previous notices or orders, including providing a current, valid address pursuant to the Local Rules.

Accordingly, based on the foregoing, the Court **ORDERS** as follows:

1. This case is **DISMISSED** without prejudice for want of prosecution.
2. All pending motions, if any, are **DENIED as MOOT**.

The Clerk will send a copy of this Order to the parties.

SIGNED this 22nd day of October 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE